MARTIN H. MYERS (Bar No. 130218)
marty.myers@hellerehrman.com
RAYMOND H. SHEEN (Bar No. 194598)
ray.sheen@hellerehrman.com
ETHAN C. GLASS (Bar No. 216159)
ethan.glass@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Defendants. | Case No.: 04-CV-00492-PJH<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF SONY COMPUTER ENTERTAINMENT AMERICA INC.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN CONJUNCTION WITH DEFENDANT AMERICAN HOME'S MOTION FOR SUMMARY JUDGMENT |

This matter came on for hearing on July 13, 2005 at 9:00 a.m. on Plaintiff Sony Computer Entertainment America Inc.'s ("SCEA") duly noticed Administrative Motion To Seal Documents Filed In Conjunction With Defendant American Home's Motion For Summary Judgment.  Having considered the papers submitted in support of the motion, and having considered the arguments of counsel and matters in the record of this case, the Court finds good cause and that SCEA's request establishes that the portions of the document at issue are protectable as a trade secret and that SCEA's request is narrowly tailored to seek sealing only of sealable material.

[PROPOSED] ORDER
CASE NO. 04-CV00492-PJH

Accordingly, IT IS ORDERED THAT:

1. SCEA's Administrative Motion To Seal Documents Filed In Conjunction With Defendant American Home's Motion For Summary Judgment is GRANTED; and

2. The following portions of the following documents are hereby ORDERED filed under seal:

    a. page 5, line 22 through page 6, line 3 (including footnote 10) and page 7, lines 9-13 of Exhibit H to the Request for Judicial Notice filed by defendant American Home;

    b. SCEA's Administrative Motion To Seal Documents Filed In Conjunction With Defendant American Home's Motion For Summary Judgment; and

    c. Declaration Of Dan Kinkead In Support Of Administrative Motions To Seal Documents Filed In Conjunction With Defendant American Home's Motion For Summary Judgment.

**IT IS SO ORDERED.**

Dated: 6/10/05

UNITED STATES DISTRICT JUDGE

1
2
3   SF 1155996 v5
    6/8/05 11:14 AM (37090.0003)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

[PROPOSED] ORDER
CASE NO. 04-CV00492-PJH