UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONY COMPUTER ENTERTAINMENT AMERICA, INC.,

      Plaintiff,

  v.

AMERICAN HOME ASSURANCE CO., et al.,

      Defendants.
_____/

No. C 04-0492 PJH

**NOTICE AND ORDER SETTING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

Before this court is the parties' stipulation requesting that the hearing on defendant's motion for summary judgment, currently scheduled for July 13, 2005 be continued to August 17, 2005 so that it can be held at the same time as plaintiff's motion. Because of a calendar conflict, the court sets the hearing on the parties' cross-motions for summary judgment for **August 24, 2005**, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

The deadline for the hearing of dispositive motions in this case was originally set for September 28, 2005. Accordingly, the court construes the parties' stipulated request as a request to file early dispositive motions in this matter, which is granted. However, no further dispositive motions may be filed.

IT IS SO ORDERED.

Dated: June 15, 2005

                                              _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge