```
 1  THOMAS H. SLOAN  [State Bar No. 58322]
    JAMES C. KRIEG  [State Bar No. 77069]
 2  ALLISON LANE COOPER  [State Bar No. 152384]
 3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
    114 Sansome Street, 4th Floor
 4  San Francisco, CA  94104
    Telephone:  (415) 249-8330
 5  Facsimile:  (415) 249-8333
 6
    Attorneys for Defendant,
 7  AMERICAN INTERNATIONAL SPECIALTY
    LINES INSURANCE COMPANY
 8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SONY COMPUTER ENTERTAINMENT AMERICA, INC., | ) Case No.: C 04-0492 |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER OF AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY'S ("AISLIC") |
| v. | ) |
| GREAT AMERICAN INSURANCE COMPANY, et al, | ) |
| Defendants. | ) |

    Defendant
~~Plaintiff~~ American International Specialty Lines Insurance Company ("AISLIC") has submitted a request that the Court clarify its June 15, 2005 Order. In particular, AISLIC asks that the Court clarify that the final statement of the June 15, 2005 Order that "no further dispositive motions may be filed" does not apply to AISLIC. AISLIC has not yet filed a dispositive motion in this action, but anticipates filing one shortly.

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

[PROPOSED] ORDER OF AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY'S ("AISLIC")
CASE NO.: C04-0492                                                                                                   1

1     The Court hereby clarifies its June 15, 2005 Order to state that AISLIC is permitted to
2 file its dispositive motion in this matter.

4 IT IS SO ORDERED.

6 DATED:   6/22/05 _____

                                  THE HONORABLE PHYLLIS J. HAMILTON
                                  UNITED STATES DISTRICT JUDGE