**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONY COMPUTER ENTERTAINMENT AMERICA,

      Plaintiff,

   v.

AMERICAN HOME ASSURANCE CO., et al.,

      Defendants.
_____/

No. C 04-0492 PJH

**ORDER RE BRIEFING SCHEDULE**

Before this court are letters from defendant American Home Assurance Co. and plaintiff Sony, concerning briefing on the pending motions for summary judgment. The court rules as follows. Sony's proposed briefing schedule is GRANTED. Sony's motion for summary judgment and opposition to American Home's motion for summary judgment shall be filed no later than July 15, 2005. American Home's opposition to Sony's motion for summary judgment and its reply in support of its motion for summary judgment shall be filed no later than August 3, 2005. Sony's reply in support of its motion for summary judgment shall be filed no later than August 10, 2005. The hearing date of August 24, 2005 shall remain as set.

American Home's request to file a second motion for summary judgment is DENIED. However, American Home may withdraw its currently-pending motion for summary judgment and file an amended motion which includes all issues on which American Home wishes to move for summary judgment. The page limit will be increased to 30 pages instead of 25, and plaintiff will similarly be permitted 30 pages for its opposition. The reply shall remain at 15 pages.

**IT IS SO ORDERED.**

Dated: June 27, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge