# LEWIS BRISBOIS BISGAARD & SMITH LLP

### ATTORNEYS AT LAW

221 NORTH FIGUEROA STREET, SUITE 1200, LOS ANGELES, CA  90012
PHONE: 213.250.1800 | FAX: 213.250.7900 | WEBSITE: www.lbbslaw.com

| | | |
|---|---|---|
| **SCOTT HOUTZ**<br>DIRECT DIAL: 213.580.3974<br>E-MAIL: houtz@lbbslaw.com | June 29, 2005 | FILE NO.<br>26150-179 |

**Via E-Filing**

Hon. Phyllis J. Hamilton
United States District Court
Courtroom 3, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> Re:   *Sony Computer Entertainment Inc. v. Great American Insurance Co., et al.*
> U.S.D.C. No. District CA, Case No. C04-0492 PJH

Dear Judge Hamilton:

American Home Assurance Company ("American Home") has elected to withdraw its pending Motion for Summary Judgment and will file an Amended Motion for Summary Judgment as permitted by the Court's June 27, 2005 Order.

We propose that the briefing schedule for American Home's Amended Motion for Summary Judgment and Sony's Motion for Summary Judgment track each other as follows:

1.    American Home's Amended Motion for Summary Judgment and Sony's Motion for Summary Judgment will be filed by July 15, 2005;

2.    Sony's opposition to American Home's Amended Motion for Summary Judgment and American Home's opposition to Sony's Motion for Summary Judgment will be filed by August 3, 2005;

3.    Sony's reply and American Home's reply to the respective oppositions will be filed by August 10, 2005; and

| SAN FRANCISCO | SAN DIEGO | COSTA MESA | INLAND EMPIRE | SACRAMENTO | NEW YORK | LAS VEGAS | PHOENIX | TUCSON | CHICAGO |
|---|---|---|---|---|---|---|---|---|---|
| 415.362.2580 | 619.233.1006 | 714.545.9200 | 909.387.1130 | 916.564.5400 | 212.232.1300 | 702.893.3383 | 602.385.1040 | 520.202.2565 | 312.345.1718 |

4850-7418-3168.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

Hon. Phyllis J. Hamilton
June 29, 2005
Page 2

4.      The hearing on American Home's Amended Motion for Summary Judgment and
        Sony's Motion for Summary Judgment will remain as previously scheduled on
        August 24, 2005.

Attached to this letter is a proposed Order regarding this proposed briefing schedule. We
appreciate the Court's attention to this matter.

                                        Very truly yours,

                                        R. Scott Houtz of
                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

RRW:mc
Enclosure

4850-7418-3168.1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Lane Ashley, SB# 073296
Rebecca R. Weinreich, SB# 155684
221 North Figueroa Street, 12th Floor
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., | CASE NO. C04 0492 EMC |
| Plaintiff, | [~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULE |
| v. | |
| GREAT AMERICAN INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, f/k/a AMERICAN NATIONAL FIRE INSURANCE COMPANY; GREAT AMERICAN ALLIANCE INSURANCE COMPANY, f/k/a AMERICAN ALLIANCE INSURANCE COMPANY; GREAT AMERICAN ASSURANCE COMPANY, f/k/a AGRICULTURAL INSURANCE COMPANY; AMERICAN HOME INSURANCE COMPANY; and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | |
| Defendants. | |

American Home Assurance Company ("American Home") has elected to withdraw its pending Motion for Summary Judgment and will file an Amended Motion for Summary Judgment as permitted by the Court's June 27, 2005 Order. Therefore, the briefing schedule for American

4833-7981-5424.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1  Home's Amended  Motion for Summary Judgment and Sony Computer Entertainment  America,

2  Inc.'s ("SCEA") Motion for Summary Judgment is as follows:

3

4  1.    American Home's Amended Motion for Summary Judgment and SCEA's Motion for

5        Summary Judgment will be filed by July 15, 2005;

6

7  2.    SCEA's opposition to American Home's Amended Motion for Summary Judgment and

8        American Home's opposition to SCEA's Motion for Summary Judgment will be filed by

9        August 3, 2005;

10

11 3.    SCEA's reply and American Home's reply to the respective oppositions will be filed by

12       August 10, 2005; and

13

14 4.    The hearing on American Home's Amended Motion for Summary Judgment and SCEA's

15       Motion for Summary Judgment will remain as previously scheduled on August 24, 2005.

16

17

18  IT IS SO ORDERED.

19

20  DATED: 7/1/05 _____

21                                         _____
                                           Hon. Phyllis J. Hamilton
                                           United States District Court Judge

22

23

24

25

26

27

28

4833-7981-5424.1                          -2-