UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONY COMPUTER ENTERTAINMENT AMERICA,

        Plaintiff,

   v.

AMERICAN HOME ASSURANCE CO., et al.,

        Defendants.

_____/

No. C 04-0492 PJH

**NOTICE AND ORDER SETTING HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the parties' letters of July 12, 2005, Sony is GRANTED leave to file a separate motion for summary judgment against defendant AISLIC, to be heard at the same time as AISLIC's motion for summary judgment against Sony. The hearing on the Sony/AISLIC cross-motions for summary judgment has been set for September 7, 2005, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

AT THE TIME OF ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO SUBMIT TO THE CLERK'S OFFICE **ONE** CONFORMED COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "**PJH CHAMBERS COPY**."

IT IS SO ORDERED.

Dated: July 14, 2005

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge