**United States District Court**

For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8   SONY COMPUTER ENTERTAINMENT               No. C-04-0492 PJH (EMC)
    AMERICA, INC.,
9
             Plaintiff,
10                                            **ORDER RE BRIEFING ON**
        v.                                    **DEFENDANT AMERICAN HOME'S**
11                                            **MOTIONS TO COMPEL**
    GREAT AMERICAN INSURANCE CO., *et*        **(Docket Nos. 145-46)**
12  *al.*,
13           Defendants.
14  _____/
15
16          The parties filed a joint letter on July 15, 2005, regarding the various motions to compel filed
17  by each.  In the joint letter, SCEA asked for permission to file opposition briefs to two of American
18  Home's motions, *i.e.*, the motion to compel testimony from Jennifer Liu and the motion to compel
19  testimony from Andrew Vu.  Because the motions involve the issue of privilege, the Court shall
20  permit SCEA to file opposition briefs on these two motions.  SCEA shall file its opposition briefs by
21  **July 21, 2005**.  Absent leave of the Court, there shall be no reply briefs as the parties should have
22  fully met and conferred on the motions and their respective positions at their meet and confer of July
23  8, 2005.
24          IT IS SO ORDERED.
25
26  Dated:  July 18, 2005
27                                            _____
                                              EDWARD M. CHEN
28                                            United States Magistrate Judge