**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONY COMPUTER ENTERTAINMENT INC.,

    Plaintiff,

    v.

AMERICAN HOME ASSURANCE CO., et al.,

    Defendants.

_____/

No. C 04-0492 PJH

**ORDER REFERRING MATTER TO MAGISTRATE JUDGE**

Before this court is American Home's July 25, 2005 letter concerning the number of depositions it is permitted to take, and Sony's July 27, 2005 response. In accordance with this court's September 21, 2004 order, this matter, along with all other discovery matters, is referred to Magistrate Judge Chen for resolution.

**IT IS SO ORDERED.**

Dated: August 1, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge