E-Filing 

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., <br><br>        Plaintiff, <br><br>      v. <br><br> AMERICAN HOME ASSURANCE COMPANY and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, <br><br>        Defendants. | Case No.: 04-CV-00492-PJH <br><br> **NOTICE OF CONTINUANCE OF HEARING AND [~~PROPOSED~~] ORDER** <br><br> Date:       August 24, 2005 <br> Time:       9:00 a.m. <br> Department:   3 <br><br> The Honorable Phyllis J. Hamilton |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 7-7(a), Defendant American International Specialty Lines Insurance Company ("AISLIC") hereby continues the hearing on its Motions to Disqualify Plaintiff's Counsel and for a Protective Order (collectively, the "Motions") by one week —— from August 17, 2005 to August 24, 2005 —— or as soon thereafter as the matter may be heard. Plaintiff Sony Computer Entertainment America Inc. ("SCEA") joins in this notice, as SCEA and AISLIC are attempting to resolve the disputes raised by the Motions.

Accordingly, AISLIC and SCEA request an order setting the hearing on the Motions

for August 24, 2005, with SCEA's opposition brief and all supporting papers due 21 days before the hearing, and AISLIC's reply brief and all supporting papers due 14 days before the hearing.

DATED: July 26, 2005

HELLER EHRMAN LLP

By /s/ Raymond H. Sheen
   RAYMOND H. SHEEN
   Attorneys for Plaintiff
   SONY COMPUTER ENTERTAINMENT
   AMERICA INC.

DATED: July 26, 2005

KRIEG, KELLER, SLOAN, REILLEY &
ROMAN LLP

By /s/ Thomas H. Sloan, Jr.
   THOMAS H. SLOAN, JR.
   Attorneys for Defendant
   AMERICAN INTERNATIONAL
   SPECIALTY LINES INSURANCE
   COMPANY

I hereby attest that I have been authorized by Thomas Sloan to execute on his behalf this Notice of Continuance of Hearing and [Proposed] Order.

Executed on this 26th day of July, 2005 at San Francisco, California.

/s/  Raymond H. Sheen
RAYMOND H. SHEEN

NOTICE OF CONTINUANCE OF HEARING
CASE NO.: 04-CV-00492-PJH

## [PROPOSED] ORDER

Having considered the Notice of Continuance of Hearing and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

The hearing on AISLIC's Motions to Disqualify Plaintiff's Counsel and for a Protective Order is continued to August 24, 2005. SCEA's opposition brief and all supporting papers must be filed and served 21 days before the hearing, and AISLIC's reply brief and all supporting papers must be filed and served 14 days before the hearing.

IT IS SO ORDERED.

DATED: 8/1/05

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE