**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONY COMPUTER ENTERTAINMENT
AMERICA, INC.,

           Plaintiff,

     v.

GREAT AMERICAN INSURANCE CO., *et al.*,

           Defendants.

_____/

No. C-04-0492 PJH (EMC)


**ORDER RE DEFENDANT'S LETTER OF JULY 25, 2005 (Docket No. 184)**

      Defendant American Home Assurance Company filed a letter with Judge Hamilton on July 25, 2005, asking for leave to take eleven depositions instead of ten as permitted by the case management order.  Judge Hamilton referred the letter, along with Plaintiff Sony Computer Entertainment American, Inc.'s letter in response (dated July 27, 2005), to the undersigned for resolution.

      Having reviewed the letters, the Court hereby orders the parties to meet and confer *in good faith* to determine whether the dispute may be resolved by agreement of the parties and without the need for judicial resolution.  If there is still a dispute after the meet and confer, then the parties shall file a joint letter (in lieu of full briefing), stating what the dispute is and each party's respective position.  Each parties' position should be stated succinctly and should include citation to any applicable legal authority.  Unnecessary exhibits should not be attached to the joint letter.  Absent

///

///

**United States District Court**

For the Northern District of California

1   further order of the Court, the Court shall rule on the joint letter without a hearing.

2       The joint letter should be filed by August 17, 2005.

3

4       IT IS SO ORDERED.

5

6  Dated:  August 1, 2005

7                         _____

8                         EDWARD M. CHEN
                             United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28