1  MARTIN H. MYERS (Bar No. 130218)
      marty.myers@hellerehrman.com
2  CHRISTOPHER F. STOLL (Bar No. 179046)
      christopher.stoll@hellerehrman.com
3  RAYMOND H. SHEEN (Bar No. 194598)
      ray.sheen@hellerehrman.com
4  ETHAN C. GLASS (Bar No. 216159)
      ethan.glass@hellerehrman.com
5  HELLER EHRMAN LLP
6  333 Bush Street
   San Francisco, CA  94104-2878
7  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
8
   Attorneys for Plaintiff
9  SONY COMPUTER ENTERTAINMENT AMERICA INC.

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13 | SONY COMPUTER ENTERTAINMENT          | Case No.: 04-CV-00492-PJH (EMC)
   | AMERICA INC.,
14 |                                      | **STIPULATED REQUEST FOR
   |                         Plaintiff,   | ORDER EXTENDING TIME;
15 |                                      | [~~PROPOSED~~] ORDER**
   |     v.
16 |                                      | Date:        August 24, 2005
   | AMERICAN HOME ASSURANCE              | Time:        9:00 a.m.
17 | COMPANY and AMERICAN                 | Courtroom:   3
   | INTERNATIONAL SPECIALTY LINES
18 | INSURANCE COMPANY,                   | The Honorable Phyllis J. Hamilton
19 |                         Defendants.

20      Pursuant to Local Rule 6-2, plaintiff Sony Computer Entertainment America Inc.
21 ("SCEA") and defendant American International Specialty Lines Insurance Company
22 ("AISLIC"), by and between their counsel of record, hereby stipulate as follows:
23      WHEREAS, defendant AISLIC has filed Motions to Disqualify Plaintiff's Counsel
24 and for Protective Order (the "Motions"), which are scheduled for hearing on August 24,
25 2005;
26      WHEREAS, SCEA and AISLIC are attempting to resolve disputes raised by the
27 Motions;
28

1  THEREFORE, SCEA and AISLIC hereby stipulate to continue the hearing on the
2  Motions to August 31, 2005, with SCEA's papers in opposition to AISLIC's Motions due
3  21 days before the hearing, and AISLIC's reply papers due 14 days before the hearing.
4  IT IS SO STIPULATED.

7  DATED: August 5, 2005    HELLER EHRMAN LLP

8                           By _____/s/ Raymond H. Sheen_____
9                           RAYMOND H. SHEEN
                            Attorneys for Plaintiff SONY COMPUTER
10                          ENTERTAINMENT AMERICA INC.

12 DATED: August 5, 2005    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

13                          By _____/s/ Michael Lisi_____
14                          MICHAEL LISI
                            Attorneys for Defendant AMERICAN
15                          INTERNATIONAL SPECIALTY LINES
                            INSURANCE COMPANY

16  I hereby attest that I have been authorized by Michael Lisi to execute on his behalf
17 this Stipulated Request for Order Extending Time.
18  Executed on this 5th day of August, 2005 at San Francisco, California.

20                          _____/s/ Raymond H. Sheen_____
21                          RAYMOND H. SHEEN

2

STIPULATED REQUEST FOR ORDER EXTENDING TIME
CASE NO. 04-CV00492-PJH

## [PROPOSED] ORDER

Having considered the Stipulated Request for Order Extending Time and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

The hearing on defendant American International Specialty Lines Insurance Company's ("AISLIC") Motions to Disqualify Plaintiff's Counsel and for Protective Order (the "Motions") is continued to August 31, 2005. SCEA's papers in opposition to AISLIC's Motions must be filed and served 21 days before the hearing, and AISLIC's reply papers must be filed and served 14 days before the hearing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/9/05

_____
UNITED STATES DISTRICT JUDGE