MARTIN H. MYERS (Bar No. 130218)
marty.myers@hellerehrman.com
CHRISTOPHER F. STOLL (Bar No. 179046)
christopher.stoll@hellerehrman.com
RAYMOND H. SHEEN (Bar No. 194598)
ray.sheen@hellerehrman.com
ETHAN C. GLASS (Bar No. 216159)
ethan.glass@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME ASSURANCE COMPANY and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, <br><br> Defendants. | Case No.: 04-CV-00492-PJH (EMC) <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME RE SUMMARY JUDGMENT MOTIONS; [P~~ROPOS~~ED] ORDER** <br><br> Date:           September 7, 2005 <br> Time:           9:00 a.m. <br> Courtroom:   3 <br><br> The Honorable Phyllis J. Hamilton |

Pursuant to Local Rule 6-2, plaintiff Sony Computer Entertainment America Inc. ("SCEA") and defendant American International Specialty Lines Insurance Company ("AISLIC"), by and between their counsel of record, hereby stipulate as follows:

WHEREAS, AISLIC has filed a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "AISLIC Motion"), and SCEA has filed a Motion for Partial Summary Judgment against AISLIC (the "SCEA Motion"), which Motions currently are scheduled for hearing on September 7, 2005;

WHEREAS, in support of its Motion, AISLIC has submitted declarations from

1 | Donald Way and Terri Day, the contents of which AISLIC seeks to offer as expert
2 | testimony;
3 |     WHEREAS, SCEA wishes to obtain discovery from Mr. Way and Ms. Day,
4 | including deposition testimony and documents;
5 |     WHEREAS, AISLIC and SCEA are attempting to schedule those depositions and
6 | document productions as soon as possible, so that SCEA may reference in its briefing the
7 | deposition testimony and/or documents, if and to the extent that is necessary;
8 |     THEREFORE, SCEA and AISLIC hereby stipulate to continue the hearing on the
9 | AISLIC Motion and the SCEA Motion to September 28, 2005, with the parties' respective
10 | opposition papers due 21 days before the hearing, and the parties' respective reply papers
11 | due 14 days before the hearing.
12 |     IT IS SO STIPULATED.

DATED: August 16, 2005        HELLER EHRMAN LLP

By _____/s/ Raymond H. Sheen_____
   RAYMOND H. SHEEN
   Attorneys for Plaintiff SONY COMPUTER
   ENTERTAINMENT AMERICA INC.

DATED: August 16, 2005        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By _____/s/ Thomas Sloan_____
   Thomas Sloan
   Attorneys for Defendant AMERICAN
   INTERNATIONAL SPECIALTY LINES
   INSURANCE COMPANY

    I hereby attest that I have been authorized by Thomas Sloan to execute on his behalf this Stipulated Request for Order Extending Time.

    Executed on this 16th day of August, 2005 at San Francisco, California.

_____/s/ Raymond H. Sheen_____

1 RAYMOND H. SHEEN
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST FOR ORDER EXTENDING TIME RE SUMMARY JUDGMENT MOTIONS
CASE NO. 04-CV00492-PJH

1

## [~~PROPOSED~~] ORDER

2   Having considered the Stipulated Request for Order Extending Time re Summary

3   Judgment Motions and finding good cause therefor,

4   IT IS HEREBY ORDERED THAT:

5   The September 7, 2005 hearing on (1) defendant American International Specialty

6   Lines Insurance Company's Motion for Summary Judgment or, in the Alternative, Partial

7   Summary Judgment, and (2) plaintiff Sony Computer Entertainment America Inc.'s Motion

8   for Partial Summary Judgment against AISLIC is continued to ~~September 2~~October 58, 2005. The

9   parties' respective opposition papers must be filed and served 21 days before the hearing,

10  and the parties' respective reply papers must be filed and served 14 days before the hearing.

11  PURSUANT TO STIPULATION, IT IS SO ORDERED.

12  DATED: 8/17/05

13  _____
    UNITED STATES DISTRICT JUDGE

4

STIPULATED REQUEST FOR ORDER EXTENDING TIME RE SUMMARY JUDGMENT MOTIONS
CASE NO. 04-CV00492-PJH