THOMAS H. SLOAN [State Bar No. 58322]
JAMES C. KRIEG [State Bar No. 77069]
MICHAEL D. LISI [State Bar No. 196974]
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant,
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME ASSURANCE COMPANY and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, <br><br> Defendants. | Case No.: C 04-0492 <br><br> **NOTICE OF WITHDRAWAL OF AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY'S MOTION TO DISQUALIFY COUNSEL AND FOR PROTECTIVE ORDER** <br><br> Courtroom: 3 <br> Judge: Hon. Phyllis J. Hamilton |

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

---

NOTICE OF WITHDRAWAL OF AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY'S
MOTION TO DISQUALIFY COUNSEL AND FOR PROTECTIVE ORDER
CASE NO.: C04-0492

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 7-7(e), Defendant AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY ("AISLIC") hereby withdraws its Motion to Disqualify Counsel and for Protective Order (Docket No. 152), which is currently set for hearing on Wednesday August 31, 2005 at 9:00 a.m. in Department 3 of this Court.

Dated: August 17, 2005    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP



By: _____/s/_____
MICHAEL D. LISI
Attorneys for Defendant,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

IT IS SO ORDERED
Judge Phyllis J. Hamilton

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP