MARTIN H. MYERS (Bar No. 130218)
  marty.myers@hellerehrman.com
CHRISTOPHER F. STOLL (Bar No. 179046)
  christopher.stoll@hellerehrman.com
RAYMOND H. SHEEN (Bar No. 194598)
  ray.sheen@hellerehrman.com
ETHAN C. GLASS (Bar No. 216159)
  ethan.glass@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME ASSURANCE COMPANY and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, <br><br> Defendants. | Case No.: 04-CV-00492-PJH (EMC) <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME RE SUMMARY JUDGMENT MOTIONS; [PROPOSED] ORDER** <br><br> The Honorable Phyllis J. Hamilton |

Pursuant to Local Rule 6-2, plaintiff Sony Computer Entertainment America Inc. ("SCEA") and defendant American International Specialty Lines Insurance Company ("AISLIC"), by and between their counsel of record, hereby stipulate as follows:

WHEREAS, AISLIC has filed a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "AISLIC Summary Judgment Motion"), and SCEA has filed a Motion for Partial Summary Judgment against AISLIC (the "SCEA Summary Judgment Motion"), which Motions currently are scheduled for hearing on October 5, 2005;

1  WHEREAS, SCEA has sought to depose various employees of AISLIC or its affiliates (collectively, the "Deponents"), and AISLIC refused to produce the Deponents for deposition until its Motions to Disqualify Plaintiff's Counsel and for Protective Order (the "Disqualification Motion"), filed July 8, 2005 and scheduled for hearing on August 31, 2005, were resolved;

WHEREAS, on August 10, 2005, SCEA filed a Motion to Compel the depositions described above and requested that the Motion to Compel be heard at the same time as AISLIC's Disqualification Motion;

WHEREAS, AISLIC withdrew the Disqualification Motion on August 17, 2005, AISLIC has agreed to produce the Deponents on dates certain in August and September 2005, and SCEA has agreed, in turn, to withdraw its Motion to Compel;

THEREFORE, SCEA and AISLIC hereby stipulate to continue the hearing on the AISLIC Summary Judgment Motion and the SCEA Summary Judgment Motion to October 19, 2005, with the parties' respective opposition papers due 21 days before the hearing, and the parties' respective reply papers due 14 days before the hearing.

IT IS SO STIPULATED.


DATED: August 23, 2005         HELLER EHRMAN LLP

                               By _____/s/ Raymond H. Sheen_____
                                  RAYMOND H. SHEEN
                                  Attorneys for Plaintiff SONY COMPUTER
                                  ENTERTAINMENT AMERICA INC.


DATED: August 23, 2005         KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                               By _____/s/ Thomas Sloan_____
                                  Thomas Sloan
                                  Attorneys for Defendant AMERICAN
                                  INTERNATIONAL SPECIALTY LINES
                                  INSURANCE COMPANY

1 | I hereby attest that I have been authorized by Thomas Sloan to execute on his behalf
2 | this Stipulated Request for Order Extending Time.
3 | Executed on this 23rd day of August, 2005 at San Francisco, California.

                                                /s/  Raymond H. Sheen
                                                RAYMOND H. SHEEN

# [~~PROPOSED~~] ORDER

Having considered the Stipulated Request for Order Extending Time re Summary Judgment Motions and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

The hearing on (1) defendant American International Specialty Lines Insurance Company's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, and (2) plaintiff Sony Computer Entertainment America Inc.'s Motion for Partial Summary Judgment against AISLIC is continued from October 5, 2005 to October 19, 2005.  The parties' respective opposition papers must be filed and served 21 days before the hearing, and the parties' respective reply papers must be filed and served 14 days before the hearing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/24/05

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE