UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONY COMPUTER ENTERTAINMENT AMERICA,

    Plaintiff,

    v.

AMERICAN HOME INS. CO., et al.,

    Defendants.

_____/

No. C 04-0492 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant American Home Insurance Co.'s motion for summary judgment,

it is Ordered and Adjudged

that the complaint is dismissed with prejudice as to defendant American Home Insurance Co..

IT IS SO ORDERED.

Dated: August 30, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge