UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONY COMPUTER ENTERTAINMENT AMERICA,

      Plaintiff,

   v.

AMERICAN HOME ASSURANCE CO.,

      Defendant(s).
_____/

No. C 04-0492 PJH

**NOTICE AND ORDER VACATING HEARING DATE RE SONY'S MOTION TO ALTER OR AMEND JUDGMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

The date for the hearing on Sony's motion to alter or amend judgment and motion for leave to file a motion for reconsideration, which was previously set for October 19, 2005, at 9:00 a.m., has been VACATED. The court will decide these motions on the papers. The hearing on the cross-motions for summary judgment between Sony and defendant AISLIC shall proceed as previously scheduled.

Dated: September 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge