**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONY COMPUTER ENTERTAINMENT AMERICA,

    Plaintiff,

    v.

AMERICAN HOME ASSURANCE CO., et al.,

    Defendants.
_____/

No. C 04-0492 PJH

**ORDER SETTING BRIEFING SCHEDULE RE SONY'S MOTION TO ALTER OR AMEND JUDGMENT AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

    Before this court is defendant American Home's request for clarification on the briefing schedule for Sony's motion to alter or amend the judgment and for leave to file a motion for reconsideration. American Home's opposition shall be filed no later than September 28, 2005, and Sony's reply shall be filed no later than October 5, 2005. As previously indicated, the court will rule on the papers.

    **IT IS SO ORDERED.**

Dated: September 16, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge