MARTIN H. MYERS (Bar No. 130218)
    marty.myers@hellerehrman.com
CHRISTOPHER F. STOLL (Bar No. 179046)
    christopher.stoll@hellerehrman.com
RAYMOND H. SHEEN (Bar No. 194598)
    ray.sheen@hellerehrman.com
ETHAN C. GLASS (Bar No. 216159)
    ethan.glass@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME ASSURANCE COMPANY and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, <br><br> Defendants. | Case No.: 04-CV-00492-PJH (EMC) <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME RE SUMMARY JUDGMENT MOTIONS; [PROPOSED] ORDER** <br><br><br> The Honorable Phyllis J. Hamilton |

Pursuant to Local Rule 6-2, plaintiff Sony Computer Entertainment America Inc. ("SCEA") and defendant American International Specialty Lines Insurance Company ("AISLIC"), by and between their counsel of record, hereby stipulate as follows:

WHEREAS, AISLIC has filed a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "AISLIC Summary Judgment Motion"), and SCEA has filed a Motion for Partial Summary Judgment against AISLIC (the "SCEA Summary Judgment Motion"), which Motions currently are scheduled for hearing on October 19, 2005;

1  WHEREAS, SCEA has sought to depose (1) employees of AISLIC and its affiliates and (2) Donald Way, whose declaration AISLIC seeks to offer as expert testimony;

WHEREAS, the parties are scheduling the depositions of Mr. Way and AISLIC's Thomas Kopp for dates in late September, and SCEA may reference the deposition testimony in its summary judgment briefing, if and to the extent that is necessary;

THEREFORE, SCEA and AISLIC hereby stipulate to continue the hearing on the AISLIC Summary Judgment Motion and the SCEA Summary Judgment Motion to November 2, 2005, with the parties' respective opposition papers due 21 days before the hearing, and the parties' respective reply papers due 14 days before the hearing.

IT IS SO STIPULATED.

DATED: September 15, 2005     HELLER EHRMAN LLP

By _____/s/ Raymond H. Sheen_____
RAYMOND H. SHEEN
Attorneys for Plaintiff SONY COMPUTER
ENTERTAINMENT AMERICA INC.

DATED: September 15, 2005     KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By _____/s/ Thomas Sloan_____
THOMAS SLOAN
Attorneys for Defendant AMERICAN
INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY

I hereby attest that I have been authorized by Thomas Sloan to execute on his behalf this Stipulated Request for Order Extending Time.

Executed on this 15th day of September, 2005 at San Francisco, California.

_____/s/ Raymond H. Sheen_____
RAYMOND H. SHEEN

2
STIPULATED REQUEST FOR ORDER EXTENDING TIME RE SUMMARY JUDGMENT MOTIONS
CASE NO. 04-CV00492-PJH

## [~~PROPOSED~~] ORDER

Having considered the Stipulated Request for Order Extending Time re Summary Judgment Motions and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

The hearing on (1) defendant American International Specialty Lines Insurance Company's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, and (2) plaintiff Sony Computer Entertainment America Inc.'s Motion for Partial Summary Judgment against AISLIC is continued from October 19, 2005 to November 2, 2005.  The parties' respective opposition papers must be filed and served 21 days before the hearing, and the parties' respective reply papers must be filed and served 14 days before the hearing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/19/05

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE