JAMES C. KRIEG [State Bar No. 77069]
THOMAS H. SLOAN [State Bar No. 58322]
MICHAEL D. LISI [State Bar No. 196974]
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant,
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY, et al, <br><br> Defendants. | Case No.: C 04-0492 <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME RE SUMMARY JUDGMENT MOTIONS AND EXPERT DISCLOSURES; [~~PROPOSED~~] ORDER** |

Pursuant to Local Rule 6-2, plaintiff Sony Computer Entertainment America Inc. ("SCEA") and defendant American International Specialty Lines Insurance Company ("AISLIC"), by and between their counsel of record, hereby stipulate as follows:

WHEREAS, AISLIC has filed a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "AISLIC Summary Judgment Motion"), and SCEA has filed a Motion for Partial Summary Judgment against AISLIC (the "SCEA Summary Judgment

1  Motion"), which Motions currently are scheduled for hearing on November 2, 2005;

2      WHEREAS, the parties have been involved in scheduling and SCEA has recently taken
3  the depositions of various AISLIC witnesses;

4      WHEREAS the parties have also been working and are continuing to work towards
5  resolving certain remaining discovery issues;

6      WHEREAS, AISLIC has sought to depose James Bass of SCEA, whose testimony
7  AISLIC may wish to incorporate in its reply brief in connection with the AISLIC Summary
8  Judgment Motion;

9      WHEREAS, because of scheduling conflicts, the parties anticipate scheduling the
10  deposition of Mr. Bass for the week of October 24, 2005, which is the week following the
11  current deadline for reply briefs in connection with the pending summary judgment motions;

12     WHEREAS according to the Court's July 12, 2004 Case Management and Pretrial
13  Order the deadline for disclosure of expert witnesses is currently set for October 19, 2005; and

14     WHEREAS the parties believe that, given the ongoing efforts to resolve the remaining
15  discovery issues, as well as the pendency of the summary judgment briefing, a brief
16  continuance of the deadline for expert witness disclosures is warranted;

17     THEREFORE, SCEA and AISLIC hereby stipulate to continue the hearing on the
18  AISLIC Summary Judgment Motion and the SCEA Summary Judgment Motion from
19  November 2, 2005 to November 16, 2005, with the parties' respective opposition papers due 21
20  days before the hearing, and the parties' respective reply papers due 14 days before the hearing;
21  and

22     THE PARTIES FURTHER STIPULATE to continue the expert disclosure deadline
23  from October 19, 2005 to November 9, 2005.

24     IT IS SO STIPULATED.

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

STIPULATED REQUEST FOR ORDER EXTENDING TIME RE SUMMARY JUDGMENT MOTIONS AND
EXPERT DISCLOSURES; [PROPOSED] ORDER

CASE NO.: C04-0492

2

| | |
|---|---|
| Dated: October 10, 2005 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |

By:    /s/ Michael D. Lisi
       MICHAEL D. LISI
       Attorneys for Defendant,
       AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

Dated: October 10, 2005     HELLER EHRMAN LLP

By:    /s/ Raymond H. Sheen
       RAYMOND H. SHEEN
       Attorneys for Plaintiff SONY COMPUTER ENTERTAINMENT AMERICA INC

I hereby attest that I have been authorized by Raymond H. Sheen to execute on his behalf this Stipulated Request for Order Extending Time.

Executed on this 10th day of October, 2005 at San Francisco, California.

            /s/ Michael D. Lisi
           MICHAEL D. LISI

## [PROPOSED] ORDER

Having considered the Stipulated Request for Order Extending Time re Summary Judgment Motions and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

The hearing on (1) defendant American International Specialty Lines Insurance Company's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, and (2) plaintiff Sony Computer Entertainment America Inc.'s Motion for Partial Summary Judgment against AISLIC is continued from November 2, 2005 to November 16, 2005. The parties' respective opposition papers must be filed and served 21 days before the hearing, and the parties' respective reply papers must be filed and served 14 days before the hearing;

AND IT IS FURTHER ORDERED that the deadline for expert disclosures shall be continued from October 19, 2005 to November 9, 2005.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/13/05

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

NO FURTHER EXTENSIONS WILL BE PERMITTED.

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

67717
10041-002

STIPULATED REQUEST FOR ORDER EXTENDING TIME RE SUMMARY JUDGMENT MOTIONS AND EXPERT DISCLOSURES; [PROPOSED] ORDER

CASE NO.: C04-0492

4